# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. URENO, SR.,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant. | 1:10-cv-02163-SKO<br><br>**ORDER SETTING BRIEFING<br>SCHEDULE REGARDING<br>DEFENDANT'S MOTION TO DISMISS** |

On November 19, 2010, Plaintiff Jose A. Ureno, Sr. ("Plaintiff") filed a complaint seeking review of a decision of the Commissioner of Social Security. (Doc. 1.) On April 1, 2011, the Commissioner of Social Security ("Defendant") filed a motion to dismiss for lack of jurisdiction. Defendant claims that Plaintiff failed to exhaust his administrative remedies before filing his complaint in this Court.

Accordingly, the Court HEREBY ORDERS THAT:

1.     Plaintiff shall file an opposition brief or statement of non-opposition on or before **April 20, 2011**;

2.     Defendant may file an optional reply brief on or before **April 27, 2011**; and

3.     Upon review of the parties' briefs, the Court will set a hearing if necessary.

IT IS SO ORDERED.

**Dated:     April 4, 2011**                              /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE